IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GERALD SMART, JR.,<br><br>    Plaintiff<br><br>  VS.<br><br>BALDWIN COUNTY JAIL, *et al.*,<br><br>    Defendants | **NO. 5: 05-CV-423 (WDO)**<br><br>PROCEEDINGS UNDER 42 U.S.C. § 1983<br>BEFORE THE U.S. MAGISTRATE JUDGE |

## RECOMMENDATION OF DISMISSAL

On July 24, 2006, defendants in the above-captioned case filed a MOTION TO DISMISS plaintiff's complaint for failure to keep the court and parties advised of any change in address and diligently prosecute his action. Tab #15. Thereafter, on July 25, 2006, the undersigned advised plaintiff of said motion and his duty to respond properly thereto. Plaintiff was further advised that failure to respond within fifteen (15) days would result in a recommendation of dismissal. Tab #17. The plaintiff has failed to file a response to the defendants' motion.[1] Therefore, the undersigned finds that the plaintiff has willfully refused to comply with the court's order.

Accordingly, IT IS ORDERED that the defendants' MOTION TO DISMISS (Tab #15) be **GRANTED** as UNCONTESTED. Pursuant to 28 U.S.C. §636(b)(1) the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom the case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

The Clerk is directed to serve the plaintiff with a copy of this order by mailing it to him at the LAST ADDRESS provided by him.

SO RECOMMENDED, this 16th day of AUGUST, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1]The court's order was sent to the last address provided by plaintiff Smart.