# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**GERALD SMART, JR.,**          :
                                :
   **Plaintiff**              :
                                :
   **v.**                     :
                                :     5:05-CV-423 (WDO)
**BALDWIN COUNTY JAIL, et al.,** :
                                :
   **Defendant**              :

## ORDER

Having carefully considered the Magistrate Judge's Report and Recommendation to dismiss this matter based on the Plaintiff's failure to diligently prosecute the case, and there being no objections filed thereto, the Court hereby GRANTS the Defendants' motion to dismiss.

**SO ORDERED this 14th day of September, 2006.**


S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE